UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID LOO, et al.,

    Plaintiffs,

v.

STEVEN HAMERSLAG, et al.,

    Defendants.

C22-493 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Complaint, docket no. 1-3, the Notice of Removal, docket no. 1, and defendant Andersen Tax LLC's LCR 7.1 disclosure statement, docket no. 9, the Court is not satisfied that it has the information necessary to determine whether complete diversity of citizenship existed at the time the complaint was filed. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens"). Andersen Tax LLC's disclosure statement, docket no. 9, identifies that it is a Delaware limited liability company that is owned by Andersen Tax Holding LLC, which is owned ninety percent (90%) by MD Investment LLC and ten percent (10%) by MD Management LLC, all of which are Delaware limited liability companies. The disclosure, however, does not identify the citizenship of the owners or members of MD Investment LLC and MD Management LLC.

(2) Defendant Andersen Tax LLC is DIRECTED to file, no later than Friday, August 12, 2022, a supplemental disclosure statement pursuant to LCR 7.1 disclosing (i) each of MD Investment LLC's and MD Management LLC's members or owners, and (ii) the citizenship of each of the members or owners. If any of MD Investment LLC's and MD Management LLC's members or owners is an LLC or partnership, Andersen Tax

MINUTE ORDER - 1

LLC must also disclose the members, owners, and/or partners of each of those entities so that the Court can determine their citizenship.

   (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 9th day of August, 2022.

                Ravi Subramanian
                Clerk

                s/Gail Glass
                Deputy Clerk

MINUTE ORDER - 2