UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID LOO; SARAH LOO; and THE LOO FAMILY TRUST,

        Plaintiffs,

  v.

STEVEN HAMERSLAG; and ANDERSEN TAX LLC,

        Defendants.

C22-0493 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The unopposed motion to seal, docket no. 25, filed by defendant Andersen Tax LLC ("Andersen") is GRANTED, and Exhibits 1 and 2 to the Declaration of Michelle Ventress, docket no. 28, shall remain under seal.

(2)     This case is hereby REMANDED to the King County Superior Court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction, effective immediately.

(3)     Plaintiffs are AWARDED $5,000 in attorney fees and costs incurred as a result of removal. *See* 28 U.S.C. § 1447(c). Within fourteen (14) days of the date of this Minute Order, Andersen shall remit this sum by check made payable to Plaintiffs and the law firm of Davis Wright Tremaine LLP. Although Andersen contends that it did not remove this action for the purpose of delay or to increase costs, Resp. at 2–4 (docket no. 30), its improper removal resulted in significant delay for Plaintiffs and required them to respond to two motions to dismiss filed in this Court. Andersen cites a number of cases from this District where a defendant removed an action without fully disclosing the

MINUTE ORDER - 1

citizenship of an LLC's members.  Resp. at 4–9.  These cases, however, demonstrate that the legal standard for determining an LLC's citizenship for diversity purposes is easily accessible.

       (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2022.

                            Ravi Subramanian
                            Clerk

                            s/Gail Glass
                            Deputy Clerk

MINUTE ORDER - 2